# United States Court of Appeals for the Federal Circuit

---

April 14, 2016

**ERRATUM**

---

Appeal No. 2015-1079

---

**REMBRANDT VISION TECHNOLOGIES, L.P.,**
*Plaintiff-Appellant*

**v.**

**JOHNSON & JOHNSON VISION CARE, INC.,**
*Defendant-Appellee*

Decided:  April 7, 2016
Precedential Opinion

---

Please make the following change:

On page 8, line 12 of the opinion, delete "**[A8]**."